**Order entered July 1, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00025-CV

### IN THE INTEREST OF B.N.L-B., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-17647**

## ORDER

Before the Court are appellee D.B.'s and appellee M.A.'s June 29, 2016 unopposed motions to extend time to file their briefs. The motions are **GRANTED**. D.B.'s and M.A.'s briefs shall be filed by July 28, 2016.

/s/     CRAIG STODDART
             JUSTICE